UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**PONELL JOHNSON**                                                                **PLAINTIFF**

v.                                                       **CIVIL ACTION NO. 3:12CV-276-S**

**LOUISVILLE GAS & ELECTRIC CO.**                               **DEFENDANT**

### MEMORANDUM OPINION

Plaintiff Ponell Johnson initiated this civil action. Upon filing the instant action, he assumed the responsibility of keeping this Court advised of his current address and to actively litigate his claims. *See* LR 5.2(d) ("All pro se litigants must provide written notice of a change of address to the Clerk and to the opposing party or the opposing party's counsel. Failure to notify the Clerk of an address change may result in the dismissal of the litigant's case or other appropriate sanctions."). After a mailing sent by the Court to Plaintiff was returned by the U.S. Postal Service marked "Return to Sender; Not Deliverable as Addressed; Unable to Forward," the Court dismissed Plaintiff's claims for abandonment.

Approximately one month later, the Court received a letter from Plaintiff which contained a new address. The Court interpreted that letter to be a motion to reopen, which the Court granted. However, on October 26, 2012, that mailing was returned marked: "Return to Sender."

Plaintiff has not advised the Court of another change of address, and neither notices from this Court nor filings by Defendant in this action can be served on Plaintiff. In such situations, courts have an inherent power "acting on their own initiative, to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief."

*Link v. Wabash R.R. Co.*, 370 U.S. 626, 630 (1962).

Because it appears to this Court that Plaintiff has abandoned any interest in prosecution of this case, the Court will dismiss Plaintiff's claims by separate Order.

Date: November 27, 2012

**Charles R. Simpson III, Judge**
**United States District Court**

cc: Plaintiff, *pro se*
      Defendant
4411.009

2